UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TILLMAN, | No. C 11-03270 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| DARYL ARCHIE, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on October 14, 2011, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **November 4, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on October 14, 2011, for failure to comply with the Court's Order dated July 1, 2011, for failure to prosecute this action, and why this case should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: October 18, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge